UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00126-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | AMENDED |
| v. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| ELIZABETH JANE CANJAR | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the (Original) Information continue to be sealed until such time as requested to be unsealed by the United States Attorney. The Plea Agreement in this matter and the Superceding Criminal Information and general matters may be unsealed, as requested by the United States.

It is FURTHER ORDERED that the Clerk provide a signed copy of this Order to the United States Attorney's Office.

This the _20_ day of April, 2012.

TERRENCE W. BOYLE
United States District Judge