IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-126-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ELIZABETH J. CANJAR | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 28, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(2), based upon the defendant pleading guilty to 18 U.S.C. § 1343, and agreeing to the forfeiture of the property listed in the August 28, 2012 Preliminary Order of Forfeiture, to wit:

(1) personal property; including but not limited to the following items currently in the possession of federal law enforcement officers:

(A) An Apple Time Capsule; (B) An Apple MacBook Pro; (C) An Apple iPad; (D) An Apple iMac; (E) An Apple iPad; (F) An Apple Airport Extreme; and, (G) A MacBook Set OSX Snow Leopard;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 21, 2013 and April 19, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said

1

published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's August 28, 2012 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the August 28, 2012 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this _4_ of day _November_, 2013.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2